**Alan W. COHEN, Appellant,**

v.

**Lorraine M. COHEN, Respondent.**

**No. ED 98622.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 28, 2014.

Benicia Baker–Livorsi, for appellant.

Michael L. Schechter, Clayton, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and ·SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Alan W. Cohen, appeals from a judgment and decree of dissolution, as amended by a first amended judgment and decree of dissolution, dissolving his marriage to wife, Lorraine M. Cohen. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(1).